*In re* WALTER COLÓN RIVERA.

*Número:* TS-10878      *Resuelto:* 31 de octubre de 2005

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Pedro Malavet Vega,* abogado del notario suspendido.

## RESOLUCIÓN

Vista la Solicitud de Inicio de Proceso de Reinstalación, presentada por el Lcdo. Walter Colón Rivera, así como el Informe sobre el Estado de la Obra Notarial Incautada, presentado por la Directora de la Oficina de Inspección de Notarías, se reinstala al licenciado Colón Rivera al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*